United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MOHAMED ABDULA YAHYA,
Plaintiff,

v.

CITY OF HAYWARD, et al.,
Defendants.

Case No. 25-cv-07850-WHO

**ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE**

On July 14, 2026, I granted the motion of plaintiff Yahya's counsel to withdraw because of irreconcilable differences. Dkt. No. 28. I set a new Case Management Conference for September 29, 2026, entered a STAY until then to give Mr. Yahya time to get new counsel, and recommended that he seek assistance from the Court's Legal Help Center. *Id.*

Mr. Yahya did not appear at the Case Management Conference today. He has not been in touch with defense counsel. It is unclear whether he seeks new counsel, wishes to represent himself, or does not want to pursue his claims. Mr. Yahya is ORDERED TO SHOW CAUSE on or before **November 17, 2026**, why this case should not be dismissed for failure to prosecute. Mr. Yahya can expunge this ORDER TO SHOW CAUSE by filing a declaration before November 17, 2026, explaining whether he wishes to proceed with this litigation and, if so, whether he wants counsel or will represent himself. If he wants counsel, he must explain what steps he has taken to secure counsel and contact the Legal Help Center to discuss the status of his case. If he fails to respond or appear at the SHOW CAUSE hearing on November 17, 2026, at 2:00 pm by Zoom videoconference, this action may be DISMISSED.

**IT IS SO ORDERED.**

Dated: September 29, 2026

William H. Orrick
United States District Judge