United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MOHAMED ABDULA YAHYA,

Plaintiff,

v.

CITY OF HAYWARD, et al.,

Defendants.

Case No. 25-cv-07850-WHO

**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**

Plaintiff Mohamed Abdula Yahya failed to respond to the Order To Show Cause Re Dismissal For Failure to Prosecute, which I entered on September 29, 2026, requiring him to show cause on or before November 17, 2026, why his case should not be dismissed for failure to prosecute. Dkt. No. 31. Nor did he appear at the SHOW CAUSE hearing on November 17, 2026. In accordance with Order To Show Cause, and as announced at the hearing, this matter is DISMISSED for failure to prosecute. The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated: November 18, 2026

William H. Orrick
United States District Judge